IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IDRIS ENLOW,<br>     Petitioner,<br><br>v.<br><br>SUPT. SAUERS, et al.,<br>     Respondents. | Civil Action No. 12-3459 |

## ORDER

**AND NOW,** this 18th day of April 2012, upon review of the Petition [Doc. No. 1], the Report and Recommendation of Magistrate Judge Timothy R. Rice [Doc. No. 3], and Petitioner's Objections [Doc. No. 11], and for the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **ORDERS:**

    1.    Petitioner's Objections are **OVERRULED**;

    2.    The Report and Recommendation is **APPROVED AND ADOPTED**;

    3.    The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

    4.    There is no probable cause to issue a certificate of appealability; and

    5.    The Clerk of Court is **DIRECTED** to mark this case closed for statistical purposes.

    It is so **ORDERED.**

BY THE COURT:

*/s/ Cynthia M. Rufe*
Cynthia M. Rufe